# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., <br> Plaintiff, <br> v. <br> JUNO BIOMEDICAL, INC., <br> Defendant. | Case No. 17-cv-04196-HSG <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. Nos. 26, 36 |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter the proposed judgment attached to the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge