UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>JUNO BIOMEDICAL, INC.,<br>　　　　Defendant. | Case No. 17-cv-04196-HSG<br><br>**JUDGMENT** |

　　　　Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, final default judgment is entered in Plaintiffs' favor against Defendant Juno Biomedical, Inc. as follows:

　　A.　Default judgment is entered against Defendant on all causes of action.

　　B.　Defendant, its partners, officers, directors, employees, agents, owners, and representatives and all persons, firms, and corporations in active concert or participation with any of them, are enjoined from:

　　　　1.　using in any manner "JUNO," "JUNO BIOMEDICAL," or any trademark, tread name, or domain name including the term JUNO in connection with any goods or service in the fields of medicine or biotechnology;

　　　　2.　using in any manner "JUNO THERAPEUTICS," or any trademark, trade name, or domain name that is confusingly similar to or a colorable imitation of "JUNO THERAPEUTICS," in connection with goods or service in the fields of medicine or biotechnology;

　　　　3.　doing any act or thing calculated or likely to cause confusion, mistake or deception in the minds of members of the public as to the source of Defendant's goods or services, or likely to deceive members of the public

into believing that there is some affiliation between Juno Therapeutics and Defendant or any other entity owned or controlled by or associated with Defendant;

4. otherwise competing unfairly with Juno Therapeutics in any manner; and

5. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in parts (1) through (4) of this paragraph B.

C. Defendant and all persons, firms and corporations in concert of participation with it, as identified in Paragraph B above, are directed to file with this Court and serve upon Juno Therapeutics within thirty (30) days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction and ceased all offering or promoting of goods or services in the fields of medicine and biotechnology under the "JUNO" and "JUNO BIOMEDICAL" trademark, trade name, and domain name as set forth above.

6. The Court awards Plaintiff $56,501.20 in reasonable attorneys' fees and costs on the Lanham Act claims.

**IT IS SO ORDERED.**

Dated: April 27, 2018

Haywood S. Gilliam, Jr.
United States District Judge